IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LIVINGSTON JARROD WINTERS,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

Case No.  5D22-818
LT Case No. 2017-CF-1649

_____/

Opinion filed July 8, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Alicia R. Washington, Judge.

Matthew R. McLain, of McLain Law, P.A.,
Longwood, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      Livingston Jarrod Winters appeals the summary denial of his motion

for postconviction relief filed pursuant to Florida Rule of Criminal Procedure

3.850.  We affirm as to Grounds Three and Four, which Winters abandoned

on appeal. *See Ward v. State*, 19 So. 3d 1060, 1060 (Fla. 5th DCA 2009) (en banc). We reverse, however, on Grounds One and Two because Winters filed a timely but insufficient motion. He is therefore entitled to amend these grounds, if he can do so in good faith. *See* Fla. R. Crim. P. 3.850(f)(2); *see also Spera v. State*, 971 So. 2d 754, 761 (Fla. 2007). We remand with instructions for the postconviction court to allow Winters sixty days to amend Grounds One and Two.

AFFIRMED in part, REVERSED in part, and REMANDED.

LAMBERT, C.J., TRAVER and NARDELLA, JJ., concur.